IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McGonigle, Katherine S

Printed: 12/16/08

Case Number: 05 B 55661
Judge: Hollis, Pamela S
Filed: 10/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 11, 2008
Confirmed: January 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 24,990.66 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 23,484.78 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,505.88 |
| Other Funds: |  | 0.00 |
| Totals: | 24,990.66 | 24,990.66 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Marshall Field & Company | Unsecured | 737.58 | 737.58 |
| 3. | Capital One | Unsecured | 376.07 | 376.07 |
| 4. | Specialized Management Consultants | Unsecured | 765.97 | 765.97 |
| 5. | FDS National Bank - Bloomingdales | Unsecured | 238.48 | 238.48 |
| 6. | Portfolio Recovery Associates | Unsecured | 2,622.36 | 2,622.35 |
| 7. | Discover Financial Services | Unsecured | 817.77 | 817.77 |
| 8. | ECast Settlement Corp | Unsecured | 3,482.15 | 3,482.14 |
| 9. | Portfolio Recovery Associates | Unsecured | 180.48 | 180.48 |
| 10. | ECast Settlement Corp | Unsecured | 4,248.68 | 4,248.67 |
| 11. | ECast Settlement Corp | Unsecured | 2,423.86 | 2,423.85 |
| 12. | ECast Settlement Corp | Unsecured | 4,210.01 | 4,210.00 |
| 13. | Resurgent Capital Services | Unsecured | 3,085.52 | 3,085.51 |
| 14. | ECast Settlement Corp | Unsecured | 295.91 | 295.91 |
| 15. | Chase Manhattan | Secured |  | No Claim Filed |
| | | | $ 23,484.84 | $ 23,484.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 151.99 |
| 5% | 59.40 |
| 4.8% | 75.88 |
| 5.4% | 280.94 |
| 6.5% | 210.38 |
| 6.6% | 727.29 |
| | $ 1,505.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McGonigle, Katherine S

Printed: 12/16/08

Case Number:  05 B 55661
Judge: Hollis, Pamela S
Filed: 10/14/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

